UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: CHRIST, THEODORE A. | § Case No. 09-71744 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/28/2009 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_          By: _/s/STEPHEN G. BALSLEY_
                                         Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: CHRIST, THEODORE A. | § | Case No. 09-71744 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,250.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 16,250.00 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 2,375.00 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 2,100.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
Other _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,058.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 7,253.09 | $ 2,979.21 |
| 2 | Chase Bank USA, N.A. | $ 4,902.97 | $ 2,013.89 |
| 3 | GE Money Bank d/b/a Lowe's Platinum Visa | $ 4,089.04 | $ 1,679.57 |
| 4 | Verizon | $ 116.99 | $ 48.05 |
| 5 | PRA Receivables Management/HSBC Bank | $ 11,696.36 | $ 4,804.28 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: dpruitt              Page 1 of 1                  Date Rcvd: Dec 01, 2009
Case: 09-71744                Form ID: pdf006            Total Noticed: 25

The following entities were noticed by first class mail on Dec 03, 2009.
db           +Theodore A. Christ,    1704 Candlewick Dr.,    Poplar Grove, IL 61065-9081
aty          +Gregory J Martucci,    Law Office Of Gregory J. Martucci,    203 E. Irving Park Rd.,
               Roselle, IL 60172-2004
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
13854333     +CB Accounts,    P.O. Box 5610,    Hauppauge, NY 11788-0139
13854334      CBE Group,    131 Towers Park, Suite 100,    P.O. Box 2635,    Waterloo, IA 50704-2635
13854335     +Chase,    800 Brookside Blvd.,    Westerville, OH 43081-2822
14424137      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13854337     +FirstSource HC Advantage,    1900 W. Servers Road,    La Porte, IN 46350-7855
13854339      HSBC Retail Services,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13854338     +Howard Simon & Associates,    304 Saunders Road,    Riverwoods, IL 60015-3858
13854341      Medical Business Bureau,    P.O. Box 1219,    Park Ridge, IL 60068-7219
13854343     +NCO Financial Systems, Inc.,    P.O. Box 13561, Dept. 22,    Philadelphia, PA 19101-3561
13854342     +National City Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
13854344     +Northwest Community Day Surgery Center,    675 W. Kirchoff Road,
               Arlington Heights, IL 60005-2372
13854345     +Northwest Community Hospital,    800 W. Central Rd.,    Arlington Heights, IL 60005-2392
14729877     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o GM,    POB 41067,
               NORFOLK VA 23541-1067
13854346     +Patelco Credit Union,    156 2nd St.,    San Francisco, CA 94105-3724
13854347     +Sears Credit Card,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
13854348     +St. Anthony Medical Center,    P.O. Box 5065,    Rockford, IL 61125-0065
13854349     +Universal Sleep & Attention Center,    4775 Manhattan Drive,    Rockford, IL 61108-2264
13854350     +Verizon North,    500 Technology Dr.,    Weldon Spring, MO 63304-2225
The following entities were noticed by electronic transmission on Dec 01, 2009.
13854336     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
               Creditors Protections Service,    202 W. State St., Ste. 300,    Rockford, IL 61101-1163
14704819     +E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2009 01:14:26
               GE Money Bank dba LOWE’S PLATINUM VISA,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13854340      E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2009 01:14:26     Lowes,    P.O. Box 981064,
               El Paso, TX 79998-1064
14714662     +E-mail/PDF: bankruptcyverizoncom@afni.com Dec 02 2009 01:06:33     Verizon,    404 Brook Dr,
               Bloomington, IL 61701-2654
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                              TOTALS: 0, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2009**          **Signature:** *Joseph Speetjens*