# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: CHRIST, THEODORE A. | § Case No. 09-71744 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $317,373.00            Assets Exempt:   $0.00

Total Distribution to Claimants: $11,478.12            Claims Discharged
Without Payment:  $41,928.26

Total Expenses of Administration:  $4,725.00

3) Total gross receipts of $    16,251.18   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    48.06    (see **Exhibit 2**), yielded net receipts of $16,203.12 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $299,896.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,725.00 | 4,725.00 | 4,725.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,622.93 | 28,058.45 | 28,058.45 | 11,478.12 |
| **TOTAL DISBURSEMENTS** | $336,518.93 | $32,783.45 | $32,783.45 | $16,203.12 |

4)  This case was originally filed under Chapter 7 on April 30, 2009.
.  The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2010                  By:  /s/STEPHEN G. BALSLEY
                                        Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| National City Bank - preference | 1241-000 | 16,250.00 |
| Interest Income | 1270-000 | 1.18 |
| **TOTAL GROSS RECEIPTS** | | $16,251.18 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the United States Bankruptcy Court | Monies for unclaimed payment to Claim No. 4 - Verizon | 8500-002 | 0.00 |
| Clerk of the United States Bankruptcy Court | Monies for unclaimed payment to Claim No. 4 - Verizon | 8500-002 | 48.06 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $48.06 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Patelco Credit Union | 4110-000 | 14,107.00 | N/A | N/A | 0.00 |
| National City Mortgage | 4110-000 | 285,789.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $299,896.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,375.00 | 2,375.00 | 2,375.00 |
| Clerk of the United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Stephen G. Balsley | 3110-000 | N/A | 2,100.00 | 2,100.00 | 2,100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,725.00 | 4,725.00 | 4,725.00 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | 7,070.00 | 7,253.09 | 7,253.09 | 2,979.51 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 4,902.97 | 4,902.97 | 2,014.10 |
| GE Money Bank d/b/a Lowe's Platinum Visa | 7100-000 | 4,089.00 | 4,089.04 | 4,089.04 | 1,679.74 |
| Verizon | 7100-000 | 116.00 | 116.99 | 116.99 | 0.00 |
| PRA Receivables Management/HSBC Bank | 7100-000 | N/A | 11,696.36 | 11,696.36 | 4,804.77 |
| Northwest Community Day Surgery Center | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| Northwest Community Hospital | 7100-000 | 256.00 | N/A | N/A | 0.00 |
| Sears Credit Card | 7100-000 | 274.00 | N/A | N/A | 0.00 |
| Universal Sleep & Attention Center | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| St. Anthony Medical Center | 7100-000 | 352.93 | N/A | N/A | 0.00 |
| NCO Financial Systems, Inc. | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| Howard Simon & Associates | 7100-000 | 12,104.00 | N/A | N/A | 0.00 |
| Medical Business Bureau | 7100-000 | 560.00 | N/A | N/A | 0.00 |
| FirstSource HC Advantage | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Creditors Protections Service | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| HSBC Retail Services | 7100-000 | 10,916.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 36,622.93 | 28,058.45 | 28,058.45 | 11,478.12 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 09-71744 | **Trustee:** (330410) STEPHEN G. BALSLEY |
| **Case Name:** CHRIST, THEODORE A. | **Filed (f) or Converted (c):** 04/30/09 (f) |
| | **§341(a) Meeting Date:** 06/04/09 |
| **Period Ending:** 07/07/10 | **Claims Bar Date:** 11/16/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1704 Candlewick Drive, Poplar Grove, IL | 280,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 6.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account | 7.00 | 0.00 | DA | 0.00 | FA |
| 5 | Used Furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | CDs + DVDs | 10.00 | 0.00 | DA | 0.00 | FA |
| 7 | Used Clothing | 10.00 | 0.00 | DA | 0.00 | FA |
| 8 | Ring | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Fishing Gear | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2 Whole Life Insurance Policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401K | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2003 Chevrolet Suburban | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2006 Chevrolet Blazer | 10,290.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1998 Harris Kayot Pontoon Boat | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | National City Bank - preference  (u) | 16,250.00 | 16,250.00 | | 16,250.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.18 | FA |
| 16 | **Assets**    Totals (Excluding unknown values) | **$333,623.00** | **$16,250.00** | | **$16,251.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 15, 2009    **Current Projected Date Of Final Report (TFR):**    November 17, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-71744 |
| Case Name: | CHRIST, THEODORE A. |
| | |
| Taxpayer ID #: | **-***4183 |
| Period Ending: | 07/07/10 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****84-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/09 | {15} | National City Mortgage | Payment for preference | 1241-000 | 15,000.00 | | 15,000.00 |
| 11/02/09 | {15} | National City Mortgage | Payment for preference | 1241-000 | 1,250.00 | | 16,250.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.59 | | 16,250.59 |
| 12/28/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.59 | | 16,251.18 |
| 12/28/09 | | To Account #*******8466 | Transfer funds from MMA to checking account | 9999-000 | | 16,251.18 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 16,251.18 | 16,251.18 | $0.00 |
| Less: Bank Transfers | 0.00 | 16,251.18 | |
| **Subtotal** | 16,251.18 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$16,251.18** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-71744 | |
| **Case Name:** | CHRIST, THEODORE A. | |
| **Taxpayer ID #:** | **-***4183 | |
| **Period Ending:** | 07/07/10 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****84-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/09 | | From Account #********8465 | Transfer funds from MMA to checking account | 9999-000 | 16,251.18 | | 16,251.18 |
| 12/28/09 | 101 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 16,001.18 |
| 12/28/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $2,100.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,100.00 | 13,901.18 |
| 12/28/09 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,375.00, Trustee Compensation;  Reference: | 2100-000 | | 2,375.00 | 11,526.18 |
| 12/28/09 | 104 | Chase Bank USA, N.A. | Dividend paid 41.07% on $7,253.09; Claim# 1; Filed: $7,253.09; Reference: 3834 | 7100-000 | | 2,979.51 | 8,546.67 |
| 12/28/09 | 105 | Chase Bank USA, N.A. | Dividend paid 41.07% on $4,902.97; Claim# 2; Filed: $4,902.97; Reference: 2534 | 7100-000 | | 2,014.10 | 6,532.57 |
| 12/28/09 | 106 | GE Money Bank d/b/a Lowe's Platinum Visa | Dividend paid 41.07% on $4,089.04; Claim# 3; Filed: $4,089.04; Reference: 8058 | 7100-000 | | 1,679.74 | 4,852.83 |
| 12/28/09 | 107 | Verizon | Dividend paid 41.07% on $116.99; Claim# 4; Filed: $116.99; Reference: 2006 Stopped on 04/05/10 | 7100-000 | | 48.06 | 4,804.77 |
| 12/28/09 | 108 | PRA Receivables Management/HSBC Bank | Dividend paid 41.07% on $11,696.36; Claim# 5; Filed: $11,696.36; Reference: 3464 | 7100-000 | | 4,804.77 | 0.00 |
| 04/05/10 | 107 | Verizon | Dividend paid 41.07% on $116.99; Claim# 4; Filed: $116.99; Reference: 2006 Stopped: check issued on 12/28/09 | 7100-000 | | -48.06 | 48.06 |
| 04/05/10 | 109 | Clerk of the United States Bankruptcy Court | Monies for unclaimed payment to Claim No. 4 - Verizon Voided on 04/05/10 | 8500-002 | | 48.06 | 0.00 |
| 04/05/10 | 109 | Clerk of the United States Bankruptcy Court | Monies for unclaimed payment to Claim No. 4 - Verizon Voided: check issued on 04/05/10 | 8500-002 | | -48.06 | 48.06 |
| 04/05/10 | 110 | Clerk of the United States Bankruptcy Court | Monies for unclaimed payment to Claim No. 4 - Verizon | 8500-002 | | 48.06 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 16,251.18 | 16,251.18 | **$0.00** |
| Less: Bank Transfers | 16,251.18 | 0.00 | |
| **Subtotal** | **0.00** | **16,251.18** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$16,251.18** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-71744 |
| Case Name: | CHRIST, THEODORE A. |
| Taxpayer ID #: | **-***4183 |
| Period Ending: | 07/07/10 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****84-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | (No Transactions on File for this Period) | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****84-65** | 16,251.18 | 0.00 | 0.00 |
| **Checking # ***-*****84-66** | 0.00 | 16,251.18 | 0.00 |
| **Checking # 9200-******84-66** | 0.00 | 0.00 | 0.00 |
| | $16,251.18 | $16,251.18 | $0.00 |

{} Asset reference(s)